In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00294-CR
_____

**KEITH FRAZIER II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th Judicial District Court**
**Liberty County, Texas**
**Trial Cause No. CR31518**

**MEMORANDUM OPINION**

Keith Frazier II has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on September 22, 2015
Opinion Delivered September 23, 2015
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.

2